THOMAS D. AUSTIN et al., Infants, by THOMAS M. ROWLETTE, their Guardian ad Litem, Appellants, *v.* LOUIS W. SLOCUM et al., as Executors of ANNA SCHUYLER AUSTIN, Deceased, et al., Respondents.

*Austin* v. *Slocum,* 47 App. Div. 641, affirmed.
(Submitted January 23, 1901; decided February 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 19, 1900, affirming a judgment in favor of defendants entered upon a verdict and an order denying a motion for a new trial.

*Thomas M. Rowlette* and *John A. Straley* for appellants.

*Richard T. Greene* and *E. H. Benn* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not voting: GRAY, J.